# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Leah P. Wagschal | CASE NO.: 24–22717–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–6893 | CHAPTER: 13 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Cecelia G. Morris at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, CGM Zoom Videoconference, on October 9, 2024 at 08:59 AM to consider dismissal of the above–captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on August 15, 2024 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above–referenced case, the Debtor has failed to file the following:

> Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period – Form 122C–1 Due 8/29/2024 Schedule A/B due 8/29/2024. Schedule C due 8/29/2024. Schedule D due 8/29/2024. Schedule E/F due 8/29/2024. Schedule G due 8/29/2024. Schedule H due 8/29/2024. Schedule I due 8/29/2024. Schedule J due 8/29/2024. Summary of Assets and Liabilities due 8/29/2024. Statement of Financial Affairs due 8/29/2024. Chapter 13 Model Plan due 8/29/2024. Declaration of Schedules due 8/29/2024. Credit Counseling Certificate due: 8/29/2024.

> Participants must register their appearance using the Bankruptcy Court's eCourt Appearance tool no later than 4:00 PM two business days before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Court's website at https://www.nysb.uscourts.gov/ecourt–appearances. The Court will circulate the Zoom link by email prior to the hearing.

Dated: August 16, 2024                           Vito Genna
                                                 Clerk of the Court