| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS DIVISION | HEARING DATE: December 4, 2024<br>HEARING TIME: 9:00 a.m. (in person)<br>OBJECTION DEADLINE: November 27, 2024 |

-------------------------------------------------------- x
In re:                                                                  :
                                                                              : Case No. 24-22717-cgm
LEAH P. WAGSCHAL,                                         :
                                                                              : (Chapter 13)
                                  Debtor. :
-------------------------------------------------------- x

## ORDER DIRECTING SOLOMON ROSENGARTEN, ESQ. TO SHOW CAUSE

WHEREAS, on August 15, 2024 and September 10, 2024, respectively, Solomon Rosengarten, Esq. filed a chapter 13 petition and an amended chapter 13 petition on behalf of the Debtor, as the Debtor's bankruptcy counsel; and

WHEREAS, on September 10, 2024, Mr. Rosengarten filed a chapter 13 plan (the "Plan") on the Debtor's behalf; and

WHEREAS, on October 9, 2024, the Court held a hearing on confirmation of the Plan (the "Confirmation Hearing"); and

WHEREAS, Mr. Rosengarten failed to appear at the Confirmation Hearing; it is hereby

ORDERED, that Solomon Rosengarten, Esq. appear **in person** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, White Plains Division, 300 Quarropas Street, Courtroom 621, White Plains, New York 10601, on Wednesday, December 4, 2024, at 9:00 a.m., and show cause why he should not be sanctioned for his failure to adequately represent the Debtor; and it is further

ORDERED, that sanctions, including, but not limited to, disgorgement of attorney's fees and referral to the Grievance Committee, may be imposed.



**Dated: November 19, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**